UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Barbara DiPietro, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24-cv-12250 |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**TEMPORARY RESTRAINING ORDER**

Plaintiff Barbara DiPietro ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by Email and/or Electronic Publication (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court grants Plaintiff's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Plaintiff's federally registered copyrights, which are protected by U.S. Copyright

1

Registration No(s). VA 2-420-700 and VA 2-420-701 (the "DiPietro Works") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the DiPietro Works. *See* Dckt. No. 9, which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing to ship its unauthorized goods to customers in Illinois bearing infringing versions of the DiPietro Works.

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of DiPietro in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the DiPietro Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine DiPietro product or not authorized by Plaintiff to be sold in connection with the DiPietro Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine DiPietro product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the DiPietro Works;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrights, including the DiPietro Works, or any reproductions, infringing copies, or colorable imitations.

2. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba, Ali-Express, AliPay, Amazon,

eBay, Etsy, Fruugo, DHGate, JoyBuym, Shein, TEMU, Wish, Walmart, PayPal, Stripe, Payoneer, etc. or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. The Court authorizes Plaintiff to serve third-party discovery on an expedited basis, with responses due not less than 10 days after service. The requests shall be proportional to the immediate needs of the case. *See* Fed. R. Civ. P. 26(b)(1). For example, a request for "documents sufficient to show X" is better than a request for "all documents showing X." Plaintiff shall consider what documents it genuinely needs at this early stage, and shall take into account the burden on third parties. Plaintiff shall work cooperatively with third parties impacted by this Order and make reasonable, good faith efforts to ease the burdens imposed by Plaintiff's request for expedited discovery.

4. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Plaintiff and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Jack Hong and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

5.  Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

6.  Within seven calendar days of entry of this Order, Plaintiff shall deposit with the Court one thousand dollars per Defendant, either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

7.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

8.  This Temporary Restraining Order without notice is entered at 12:01 p.m. on April 7, 2025 and shall remain in effect for two weeks.

Dated: April 7, 2025

Steven C. Seeger
United States District Judge

## Schedule A

| Doe | Store Name | Merchanti ID |
| --- | --- | --- |
| 1 | Jack Hong | AM0POM3Q5PIUW |
| 2 | Yusensd | A7W7V6LBBOTQY |
| 3 | nulishangbanooo | A1149MUGPRB0AM |
| 4 | Yowein | A102J2LW09ZAA3 |
| 5 | hainan (delivered within 7-15 days) | ADJYJSKMJ8AOV |
| 6 | YUANHEQUAN | A36W3QPRX3JMCP |
| 7 | zongrend | A2C5JJB3QKD5IQ |
| 8 | tianyuef | A10ICOQQ66CG1I |
| 9 | tina guo | A3A4YJJOBD2XPS |
| 10 | Nenglih | A3I9K0QO6BDAX2 |
| 11 | Viviplus | AD53J1F8M7LFA |
| 12 | Alvin Luo | A1R53WOPGR7IXC |
| 13 | LIUKANGus | A3GD40HCCLWDA4 |
| 14 | Be-brave | A205KKK8VE2VL6 |
| 15 | SHENSHA | A2RW5JS2U0YT45 |
| 16 | 太原市小店区丛漫日用百货 | A3QKNVRJM8KJYA |
| 17 | Gupgistyle | A1RVX51ICE2MM5 |
| 18 | Beautiyou | A2WR84LFB4BJ71 |
| 19 | jiujin-Gupgi | AFLHFD89OF0JF |
| 20 | Prime Day Deals Today 2024 Limited Time Deal | A1O8C1JP8RIAGX |
| 21 | linieshangmao | A3S6NDPCHUKWCS |
| 22 | Wernliang | A3E02ZPWU0DEAZ |
| 23 | TRUREN | A1FA7QSYE5MPUT |
| 24 | rizhaotengxiangfangzhiyouxiangongsi | A1W996S0YH8FQ0 |
| 25 | GOOD BETTER BEST | A2ORURBZ2T6YAH |
| 26 | JianShiXianLIULANSHANGMAOYouXianGongSi | AQZ5W2IITRZIW |
| 27 | ENSHIZHOUCONGGETANGSHANGMAOYOUXIANGONGSI | A2T3EX8WIXCLUV |
| 28 | ENSHISHIChuZhiDianZiYouXianGongSi | A6VEGJB04WJ90 |
| 29 | EnshishiZHOULEIxinxikejiyouxiangongsi | A310T0JK72U61H |
| 30 | yichangchenyuanwangluoyouxiangongsi | A17VYQJ6HL5LKK |
| 31 | XUNCHNG | A1DBFNTH0FPH5C |
| 32 | YICHANGTIANTAOYUNKEJIYOUXIANGONGSI | AZJ3WT3DGOOWL |
| 33 | ThinkCreators | A249NIEGQOAWEI |
| 34 | yichangqianjiaokejiyouxiangongsi | A29P192QYYWEL4 |
| 35 | PUNNI | A1CEAV9FVSJ60J |
| 36 | YIQIDA STORE | A1BPA52JDP9KU0 |
| 37 | Dempiire | A1L3XWWMTPIQHO |
| 38 | YinheX sports | A2SCT4QYVOQPHA |

| 39 | B Breathtaking | A2HG3INPGRSDDE |
|---|---|---|
| 40 | LHuiwed | A3LDEJUS1NGE0F |
| 41 | GUijsfded | A1AMIMW7F3YS51 |
| 42 | TECHLINLIN | AC1OBOFESENW6 |
| 43 | Vecika | A3S9DBL0V3N1XL |
| 44 | Coddle HSY | A2R0SOS1NQITK5 |
| 45 | Abadam hui | A2K520DLEYEHX2 |
| 46 | Megafund | A226X21MQYKWYE |
| 47 | Colored Flag | A3NWH1DUS5URSC |
| 48 | Lmposing | AXGP09LN8AQBX |
| 49 | Sen M | A2IMA1KTPBJKBI |
| 50 | Zecchetin | ASJ5LHB16EVMJ |
| 51 | Qiysangi | AVXZB1ESW817O |
| 52 | Yoetaun | A1F7FDIKEDQ3B6 |
| 53 | Diaxing | A3512EJSQ919CG |
| 54 | Hoirt | A3H9L0IVIZOLST |
| 55 | Establish Wen | A1OUJY0CDTSBJA |
| 56 | Shannon Wenha | AVMGE4APEA1IU |
| 57 | Quinn Guy | A241C7XE2I2K0A |
| 58 | Nishuna | A3FLQ4V9O6ROV3 |
| 59 | Si Peihong | A3KJ02X2DGWZJK |
| 60 | GModern | A6P2ZK1EU6QGD |
| 61 | Theo Lian | A34XWFQSA9LIYW |
| 62 | Kuiian | ABX9RW135706C |
| 63 | Huichenghy-prime day deals today 2024 clearance | A265NQJN8O2WD |
| 64 | QJLING | A6SECA9C28H8N |
| 65 | HBZSJ | A23EL608BG382G |
| 66 | Prettyday | AFORLZNXS67CV |
| 67 | dianzi xingyuan | ACXFGUP1IRT4W |
| 68 | Ranjar | AUZRC5FWPKV97 |
| 69 | yufanshanghv | A1AVLJLO7WUAUI |
| 70 | WHENYuky | A3LAPG0PVDKROH |
| 71 | Quentin Hua | AYMM861P2WPW |
| 72 | Emenx | ARIP7I80BLX01 |
| 73 | New children's | New children's |
| 74 | you-clother | you-clother |
| 75 | eldout | eldout |
| 76 | copscdfatc | copscdfatc |
| 77 | kinlsave | kinlsave |
| 78 | notablerio | notablerio |
| 79 | quntykg | quntykg |
| 80 | sjient | sjient |
| 81 | nerratiqer | nerratiqer |
| 82 | rajoin | rajoin |
| 83 | aroungy | aroungy |
| 84 | sjiling | sjiling |
| 85 | objiditytin | objiditytin |
| 86 | pokout | pokout |

7

| 87 | poiklin | poiklin |
|---|---|---|
| 88 | hckily | hckily |
| 90 | sanrsafeti | sanrsafeti |
| 91 | bougyjh | bougyjh |
| 92 | oekdiuy | oekdiuy |
| 93 | opertrac | opertrac |
| 94 | hungan | hungan |
| 95 | tgg591 | tgg591 |
| 96 | xue69_8 | xue69_8 |
| 97 | tyt6-5 | tyt6-5 |
| 98 | m23_66 | m23_66 |
| 99 | qiutian66 | qiutian66 |
| 100 | Shunnanmei trading co., ltd | 101571693 |
| 101 | Saoakiny | 101576158 |
| 102 | WERNZATT FASHION | 101551166 |
| 103 | scaling women Co.Ltd | 101593664 |
| 104 | YiJiFang | 102500225 |
| 105 | TFHENGQQ | 101623332 |
| 106 | Needhep | 101626181 |
| 107 | jurcgs | 102477643 |
| 108 | IPEWLEX | 101633730 |
| 109 | Generico Co.Ltd | 101593689 |
| 110 | VPMIK Co.Ltd | 101566352 |
| 111 | PeiBaiShun | 101614839 |
| 112 | Arghm | 101207479 |
| 113 | SHenzhenSHI xinyuebei gong yi pin youxiangongsi | 101598972 |
| 114 | Xhegex | 102514923 |
| 115 | CaiTeLin | 101661559 |
| 116 | Tepsmf | 101180810 |
| 117 | Zeiyignr | 101220201 |
| 118 | YueJiHao | 101668682 |
| 119 | YaJunZhan | 102504453 |
| 120 | RXIRUCGD | 101637270 |
| 121 | HJINSvxifh | 101690752 |
| 122 | coco. | 101695478 |
| 123 | LUOzoyuans | 101686252 |
| 124 | LYUCRAZ | 101575284 |
| 125 | Asdbhguybd | 102485995 |
| 126 | honson | 101680562 |
| 127 | huanhe Co.Ltd | 101671281 |
| 128 | Ratfeit | 101622417 |
| 129 | Bdday | 102489028 |
| 130 | UsDCYM | 102497631 |
| 131 | CTEEGC | 101664506 |
| 132 | Gnmfd | 101653525 |
| 133 | Fyhuzp | 101668601 |
| 134 | YuLiangLin | 102504557 |
| 135 | ShenZhenShiMuYanXingMaoYiYouXianGongSi | 101614932 |

8

| 136 | SHenZHenShiTAIdiwanjuyouxianGONGSI | 101618266 |
|---|---|---|
| 137 | XINDISNusfo | 101686407 |
| 138 | CiCia-Na Co.Ltd | 101618557 |
| 139 | ManTuo | 101571005 |
| 140 | Lydiaunistar Clearance | 101309414 |
| 141 | SHENZHENSHI kaixiangyu jiajuyongpinyouxianGONGSI | 101614903 |
| 142 | CWCWFHZH | 101638283 |